# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case No.:** 20-05281 | | **Trustee Name:** (620540) Erica R. Johnson, Trustee |
| **Case Name:** FALCON PRESS, LLC | | **Date Filed (f) or Converted (c):** 12/02/2020 (f) |
| | | **§ 341(a) Meeting Date:** 12/28/2020 |
| **For Period Ending:** 03/31/2022 | | **Claims Bar Date:** |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Pinnacle Bank<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 41,492.79 | 0.00 | OA | 0.00 | FA |
| 2 | Checking Account at Fifth Third Bank Checking<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 4,428.46 | 0.00 | OA | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $169,855.00. Doubtful/Uncollectible accounts = $828.00.<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 169,027.00 | 0.00 | OA | 0.00 | FA |
| 4 | Other inventory or supplies: Paper, Factory, Packing and other miscellaneous office supplies, Net Book Value: $200.00, Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 200.00 | 0.00 | OA | 0.00 | FA |
| 5 | Office Cubicles. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 300.00 | 0.00 | OA | 0.00 | FA |
| 6 | Office Lateral Filing Cabinet. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 563.00 | 0.00 | OA | 0.00 | FA |
| 7 | Portable A/C. Valuation Method: Tax records | 657.00 | 0.00 | OA | 0.00 | FA |
| 8 | Office Filing Cabinets. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,477.00 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 20-05281  
**Case Name:** FALCON PRESS, LLC  

**Trustee Name:** (620540) Erica R. Johnson, Trustee  
**Date Filed (f) or Converted (c):** 12/02/2020 (f)  
**§ 341(a) Meeting Date:** 12/28/2020  

**For Period Ending:** 03/31/2022  

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Office Supply Cabinet. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 894.00 | 0.00 | OA | 0.00 | FA |
| 10 | Office Refridgerators (2). Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 218.00 | 0.00 | OA | 0.00 | FA |
| 11 | 11 Grey Cabinets. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 872.66 | 0.00 | OA | 0.00 | FA |
| 12 | Office Server. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 399.00 | 0.00 | OA | 0.00 | FA |
| 13 | Computer - Estimator Dell tower. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 375.00 | 0.00 | OA | 0.00 | FA |
| 14 | Computer - Reception. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 358.00 | 0.00 | OA | 0.00 | FA |
| 15 | Laptop Computer - Dell Lattitute. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,300.00 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 20-05281 | Trustee Name: | (620540) Erica R. Johnson, Trustee |
|---|---|---|---|
| Case Name: | FALCON PRESS, LLC | Date Filed (f) or Converted (c): | 12/02/2020 (f) |
| | | § 341(a) Meeting Date: | 12/28/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | HP Laserjet Printer. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 468.00 | 0.00 | OA | 0.00 | FA |
| 17 | Telephone System. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 5,714.00 | 0.00 | OA | 0.00 | FA |
| 18 | Apple I pad Pro. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 938.00 | 0.00 | OA | 0.00 | FA |
| 19 | Fuji Javeline Platesetter with Processor $1. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 20 | 2008 Honda Ridgeline. Valuation Method: Comparable sale<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 21 | 2 Color Heidelberg Press. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 35,911.74 | 0.00 | OA | 0.00 | FA |
| 22 | 4 Color Heidelberg Press 102 VP. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 49,877.42 | 0.00 | OA | 0.00 | FA |

| Case No.: | 20-05281 | Trustee Name: | (620540) Erica R. Johnson, Trustee |
|---|---|---|---|
| Case Name: | FALCON PRESS, LLC | Date Filed (f) or Converted (c): | 12/02/2020 (f) |
| | | § 341(a) Meeting Date: | 12/28/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | 6 Color Heidelberg Speedmaster Press. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 79,803.87 | 0.00 | OA | 0.00 | FA |
| 24 | 6 Color Heidelberg Speedmaster Press. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 387,050.21 | 0.00 | OA | 0.00 | FA |
| 25 | KBA Press - Gardner Denver Compressor/Chiller. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 26 | EZ Turner EZ-41 Printing Equipment. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 4,630.00 | 0.00 | OA | 0.00 | FA |
| 27 | Densilometer6/c Printing Equipment. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,625.00 | 0.00 | OA | 0.00 | FA |
| 28 | 61 inch Plar Mohr Cutter. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 7,980.00 | 0.00 | OA | 0.00 | FA |
| 29 | Polar Mohr Cutter. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 10,973.03 | 0.00 | OA | 0.00 | FA |

| Case No.: | 20-05281 | Trustee Name: | (620540) Erica R. Johnson, Trustee |
|---|---|---|---|
| Case Name: | FALCON PRESS, LLC | Date Filed (f) or Converted (c): | 12/02/2020 (f) |
| | | § 341(a) Meeting Date: | 12/28/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 30 | Pading Rack. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 214.96 | 0.00 | OA | 0.00 | FA |
| 31 | Baum 5 Spindle Paper Drill Model D5. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,795.59 | 0.00 | OA | 0.00 | FA |
| 32 | 26 inch Shrinkwrap Machine Shnklin A-26A. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,396.57 | 0.00 | OA | 0.00 | FA |
| 33 | Shrinkwrap Machine. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 2,593.62 | 0.00 | OA | 0.00 | FA |
| 34 | Stacker. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 407.63 | 0.00 | OA | 0.00 | FA |
| 35 | Stahl Folder T66/444 RD2. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 4,988.00 | 0.00 | OA | 0.00 | FA |
| 36 | Stahl Folder TD-122/4/4/4/RD. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 15,960.78 | 0.00 | OA | 0.00 | FA |

| Case No.: | 20-05281 | Trustee Name: | (620540) Erica R. Johnson, Trustee |
| --- | --- | --- | --- |
| Case Name: | FALCON PRESS, LLC | Date Filed (f) or Converted (c): | 12/02/2020 (f) |
| | | § 341(a) Meeting Date: | 12/28/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 37 | Stahl Folder TFU78/4442RF. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 11,970.58 | 0.00 | OA | 0.00 | FA |
| 38 | Stahl Folder - 8 and 10 piece Sections. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 39 | Stahl Tri-Creaser. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,497.00 | 0.00 | OA | 0.00 | FA |
| 40 | Stitcher - Interlake Model S3A 11/8 Saddle Stitcher. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 598.53 | 0.00 | OA | 0.00 | FA |
| 41 | Stitcher - Muller Martini 221-4. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 9,975.48 | 0.00 | OA | 0.00 | FA |
| 42 | Stitcher Model 27 with Rima Counter. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 70,496.02 | 0.00 | OA | 0.00 | FA |
| 43 | Office Dryer Unit for House Air Quincy QPNC125. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 2,685.00 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 20-05281  
**Case Name:** FALCON PRESS, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620540) Erica R. Johnson, Trustee  
**Date Filed (f) or Converted (c):** 12/02/2020 (f)  
**§ 341(a) Meeting Date:** 12/28/2020  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 44 | Nissan Tow Motor BX50 L-3919. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 7,886.00 | 0.00 | OA | 0.00 | FA |
| 45 | Toyota battery forklift. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 5,973.00 | 0.00 | OA | 0.00 | FA |
| 46 | forklift safety platform. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 994.83 | 0.00 | OA | 0.00 | FA |
| 47 | 2000 lb Big Joe Electric Lift Truck. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 598.53 | 0.00 | OA | 0.00 | FA |
| 48 | Pallet Jack. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 411.59 | 0.00 | OA | 0.00 | FA |
| 49 | Pallet Jack. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 411.49 | 0.00 | OA | 0.00 | FA |
| 50 | Zenith Scissor Pallet Jack (2). Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,363.60 | 0.00 | OA | 0.00 | FA |

| Case No.: | 20-05281 | Trustee Name: | (620540) Erica R. Johnson, Trustee |
|---|---|---|---|
| Case Name: | FALCON PRESS, LLC | Date Filed (f) or Converted (c): | 12/02/2020 (f) |
| | | § 341(a) Meeting Date: | 12/28/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 51 | Zenith Scissor Pallet Jack. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 756.67 | 0.00 | OA | 0.00 | FA |
| 52 | Pallet Racking Sections wire grid shelving. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 6,783.33 | 0.00 | OA | 0.00 | FA |
| 53 | allet Trucks with adaptors. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 133.22 | 0.00 | OA | 0.00 | FA |
| 54 | Toyota Reach Truck. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 6,200.00 | 0.00 | OA | 0.00 | FA |
| 55 | Tool Chest and Misc Supplies. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 598.53 | 0.00 | OA | 0.00 | FA |
| 56 | Apple I MAC 27" Computers (4) Digital Processing Equipment. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 10,124.42 | 0.00 | OA | 0.00 | FA |
| 57 | IMAC Pro Workstation. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 598.53 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 9

**Case No.:** 20-05281  
**Case Name:** FALCON PRESS, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620540) Erica R. Johnson, Trustee  
**Date Filed (f) or Converted (c):** 12/02/2020 (f)  
**§ 341(a) Meeting Date:** 12/28/2020  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 58 | XFM Workflow V6 Server. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 68,357.00 | 0.00 | OA | 0.00 | FA |
| 59 | Synology DS1515NAS Server Backup. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 2,012.56 | 0.00 | OA | 0.00 | FA |
| 60 | Cisco Network Switch. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 487.23 | 0.00 | OA | 0.00 | FA |
| 61 | New Driver Prepress Server -. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 3,130.10 | 0.00 | OA | 0.00 | FA |
| 62 | Fuji Vacuum Light Table and control. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 139.65 | 0.00 | OA | 0.00 | FA |
| 63 | Teaneck Graphics Vacuum Table. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 139.65 | 0.00 | OA | 0.00 | FA |
| 64 | Bacher 8830 Plate Registration Punch. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 598.53 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 20-05281  
**Case Name:** FALCON PRESS, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620540) Erica R. Johnson, Trustee  
**Date Filed (f) or Converted (c):** 12/02/2020 (f)  
**§ 341(a) Meeting Date:** 12/28/2020  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 65 | Nela Manual Punch. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 598.53 | 0.00 | OA | 0.00 | FA |
| 66 | Mega Plate Optical Inspection Station. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 199.51 | 0.00 | OA | 0.00 | FA |
| 67 | Fuji Plate Processor. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 299.27 | 0.00 | OA | 0.00 | FA |
| 68 | Digital File Rack. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 194.54 | 0.00 | OA | 0.00 | FA |
| 69 | Dell Power Edge Server. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 3,641.52 | 0.00 | OA | 0.00 | FA |
| 70 | Epson Photo Scanner. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 2,575.49 | 0.00 | OA | 0.00 | FA |
| 71 | Fujitsu Desktop Scanner. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 926.00 | 0.00 | OA | 0.00 | FA |

| Case No.: | 20-05281 | Trustee Name: | (620540) Erica R. Johnson, Trustee |
| Case Name: | FALCON PRESS, LLC | Date Filed (f) or Converted (c): | 12/02/2020 (f) |
|  |  | § 341(a) Meeting Date: | 12/28/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: |  |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 72 | Impoproof 8000 Imposition Proofing System. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,596.07 | 0.00 | OA | 0.00 | FA |
| 73 | HVAC Prepress. Valuation Method: Tax records<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 10,250.00 | 0.00 | OA | 0.00 | FA |
| 74 | Computer - Shipping Dell Minitower<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 873.00 | 0.00 | OA | 0.00 | FA |
| 75 | Computer - President Dell Tower<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,677.00 | 0.00 | OA | 0.00 | FA |
| 76 | Computer - Scheduling Dell Minitower<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 358.00 | 0.00 | OA | 0.00 | FA |
| 77 | Dell Computer - Bookkeeping<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 639.00 | 0.00 | OA | 0.00 | FA |
| 78 | LG Monitor - Bookkeeping<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 218.49 | 0.00 | OA | 0.00 | FA |
| 79 | Oris Tuner Software License Agreement<br>Under lien to Pinnacle Bank. See Schedule D filed 12.02.20 (DE 1).<br>12/29/20 - Agreed Order of Relief from Stay and Abandonment of Property of the Estate entered (DE 17). Ordered abandoned. | 1,725.00 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 20-05281  
**Case Name:** FALCON PRESS, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (620540) Erica R. Johnson, Trustee  
**Date Filed (f) or Converted (c):** 12/02/2020 (f)  
**§ 341(a) Meeting Date:** 12/28/2020  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 80 | Possible Claims re Preferential and/or Fraudulent Transfers (u)<br><br>06/18/21 - Subpoena issued to Fifth Third Bank requesting 2 years of bank statements.<br><br>06/29/21 -Subpoena issued to Pinnacle Bank requesting 2 years of bank statements.<br><br>07/09/21 – Received bank statements from Pinnacle Bank in response to subpoena issued 06.29.21.<br><br>07/09/21 – Received bank statements from Fifth Third Bank Bank in response to subpoena issued 06.18.21.<br><br>04/29/22 - Status Update for Annual Reports for Period Ended March 31, 2022: The Trustee started her extensive review of the Debtor's bank records to analyze and determine whether or not she has viable claims and if attempting to liquidate such claims would be beneficial to the bankruptcy estate.  The Trustee anticipates completing the review by May 31, 2022.  The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..." | 0.00 | 1.00 | | 0.00 | 1.00 |
| 80 | **Assets Totals (Excluding unknown values)** | **$2,133,082.82** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

> 04/29/22 - Status Update for Annual Reports for Period Ended March 31, 2022:
> 1. Finalize preferential/fraudulent transfer investigation and either pursue such claims or abandon.

**Initial Projected Date Of Final Report (TFR):** 03/31/2023   **Current Projected Date Of Final Report (TFR):** 03/31/2023